UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IVAN RAY BEGAY**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-3508 (TSC) |
| | ) | |
| **FEDERAL BUREAU OF** | ) | |
| **INVESTIGATION**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM OPINION

On November 18, 2019, Plaintiff Ivan Begay brought this civil action under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552, to obtain records maintained by Defendant the Federal Bureau of Investigation ("FBI").

According to Defendant's Status Report (ECF No. 17), it identified one document responsive to plaintiff's FOIA request and released the document to Plaintiff after redacting certain information under FOIA Exemptions 6, 7(C) and 7(D). On September 14, 2020, the court issued a Minute Order directing Plaintiff to file a status report by November 2, 2020, indicating whether he challenges the FBI's response to his FOIA request, and if so, to identify the basis for his challenge. The court would then set a schedule for dispositive motions. If Plaintiff did not challenge Defendant's response, he was to file a notice of voluntary dismissal by November 2, 2020. The Minute Order advised Plaintiff that his failure file a timely status report or notice may result in the dismissal of this action without further notice failure to prosecute. To date, Plaintiff has not filed a status report or notice.

Accordingly, the court will dismiss the complaint and this civil action without prejudice for failure to prosecute.  An Order is issued separately.

DATE: November 27, 2020                    /s/
                                           TANYA S. CHUTKAN
                                           United States District Judge